**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **KATHERINE CUTRONE *et al.*,** on behalf of themselves and all others similarly situated, | ) ) ) | |
| *Plaintiffs*, | ) ) | **Civil 1:20-CV-06463** |
| v. | ) ) | **District Judge Manish S. Shah** |
| **THE ALLSTATE CORPORATION *et al.*,** | ) ) ) | |
| *Defendants*. | ) | |

**JOINT REPORT ON DISCOVERY PROGRESS**

This joint report on discovery progress is submitted on behalf of all parties as directed in the Court's Order of November 15, 2021 (Dkt. No. 48).

Since the parties submitted their initial Joint Status Report on November 9, 2021 (Dkt. No. 47), discovery has advanced. The parties submitted to the Court, and the Court subsequently entered, a Stipulation and Order Regarding Production of Documents and Electronically Stored Information (Dkt. No. 49); an Agreed Confidentiality Order (Dkt. No. 50); and Stipulation and Order Governing Privilege Logs (Dkt. No. 51).

On November 11, 2021, the parties served their respective Rule 26(a)(1) Disclosures. Plaintiffs and Defendants served their initial sets of interrogatories and requests for production on November 17, 2021, and November 30, 2021, respectively, and the parties timely served written objections and responses to these discovery requests. On December 13, 2022, Defendants made an initial production of nearly 9,500 pages of documents in the categories identified in the Court's Order of November 15, 2021 (Dkt. No. 48). On March 7, 2022, Defendants made a supplemental production. This production consisted of an additional nearly 2,700 pages of documents

responsive to document requests and other items identified in the initial disclosures and the November 15, 2021 Order. (The materials produced are not encompassed by the contemplated ESI searches discussed below.) Plaintiffs are reviewing Defendants' production and anticipate serving a meet and confer request on Defendants regarding their written objections and responses to Plaintiffs' discovery requests and Defendants' production to date.

Plaintiffs made an initial proposal of ESI search commands for Defendants' assessment on January 19, 2022. The parties have been conferring to reach agreement on the parameters for the ESI searches to be performed in this case, including specific ESI search terms and custodians. Allstate has conducted initial test searches utilizing proposed search terms provided by Plaintiffs. The parties have agreed that Allstate will provide further test search results to aid in the parties' discussions. The parties' efforts to reach agreement on ESI searches are currently ongoing.

On February 11, 2022, Allstate served a meet and confer request on Plaintiffs regarding Plaintiffs' written objections and responses to Allstate's discovery requests. On March 7, 2022, the parties participated in a meet and confer conference to address those issues and other discovery-related matters, and to try to resolve various discovery disputes without the need for Court intervention. The parties have agreed to continue those discussions and to move forward with discovery expeditiously. Plaintiffs anticipate commencing their document production promptly following the conclusion of those discussions.

Accordingly, the parties do not have any issues to bring to the Court's attention at this time.

Dated: March 8, 2022

By: */s/ Alexandra Harwin*
**SANFORD HEISLER SHARP, LLP**
Alexandra Harwin (pro hac vice)
David Sanford (pro hac vice)
1350 Avenue of the Americas, 31st Fl.

By: */s/ Leah R. Bruno*
**DENTONS US LLP**
Leah R. Bruno
Jacqueline A. Giannini
233 South Wacker Drive. Suite 5900

2

New York, NY 10019
Telephone: (646) 402-5650
aharwin@sanfordheisler.com
dsanford@sanfordheisler.com

Charles Field (pro hac vice)
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: (619) 577-4242
cfield@sanfordheisler.com

Kevin H. Sharp (pro hac vice)
Leigh Anne St. Charles (pro hac vice)
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Garrett W. Wotkyns (pro hac vice)
8068 East Del Acero Drive
Scottsdale, AZ 85258
Telephone: 480-889-3514
gwotkyns@scott-scott.com

Tanya Korkhov
Jing-Li Yu (pro hac vice)
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
tkorkhov@scott-scott.com
jyu@scott-scott.com

Geoffrey M. Johnson (pro hac vice)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
gjohnson@scott-scott.com

**BARNOW AND ASSOCIATES, P.C.**
Ben Barnow
Anthony L. Parkhill
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Phone: (312) 621-2000

Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
leah.bruno@dentons.com
jacqui.giannini@dentons.com

Stephen J. O'Brien (pro hac vice)
Jacob W. Thessen (pro hac vice)
211 N. Broadway, Suite 3000
St. Louis, MO 63102
Telephone: (314) 259-5904
Facsimile: (314) 259-5959
stephen.obrien@dentons.com
jake.thessen@dentons.com

Uchenna Ekuma-Nkama (pro hac vice)
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
uchenna.ekuma-nkama@dentons.com

*Attorneys for Defendants The Allstate
Corporation, The Allstate 401(K) Committee,
The Allstate 401(K) Administrative
Committee, and The Allstate 401(K)
Investment Committee*

Facsimile: (312) 641-5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

**THE LAW OFFICES OF MICHAEL M.
MULDER**
Michael M. Mulder
Elena N. Liveris
1603 Orrington Avenue, Suite 600
Evanston, IL 60201
Telephone: (312) 263-0272
mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com

*Attorneys for Plaintiffs*