# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Katherine Cutrone,

Plaintiff(s),

v.

The Allstate Corporation et al,

Defendant(s).

Case No. 20-cv-6463
Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: In favor of defendants The Allstate Corporation, The Allstate 401(K) Committee, The Allstate 401(K) Administrative Committee, and The Allstate 401(K) Investment Committee.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on a motion for summary judgment.

Date: 1/27/2025                    Thomas G. Bruton, Clerk of Court

                                   Carmen Acevedo , Deputy Clerk